UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BURNS & WILCOX, LTD.,
a Michigan Corporation,

    Plaintiff,

Case No. 19-cv-12912
Hon. Matthew F. Leitman

v.

JAMES E. EPTING, JR., et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: January 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2020, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764